IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM DAVIS                                                    PLAINTIFF

V.                          Case No. 3:25-CV-00076-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is

entered in favor of the Defendant.

DATED this 24th day of June, 2026.


_____
UNITED STATES MAGISTRATE JUDGE